Geoffrey M. Adalian
Attorney at Law
State Bar # 216398
5501 W. Hillsdale Dr., Ste C
Visalia, California  93291
(559) 733-8990

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

                         Case No:13-15371

Christania Virginia Haughton

      Debtor.
_____

APPLICATION FOR APPROVAL OF ATTORNEY'S FEES

    Geoffrey M. Adalian, hereby applies for approval of attorney fees in the total amount of **$ 4,000.00**.  The sum of **$1,500.00** was received prior to the filing of the petition.  The balance remaining due is the sum of **$2,500.00**, which sum is to be paid, through the confirmed Chapter 13 plan.


Dated: August 7, 2013

                              __/s/ Geoffrey M. Adalian____
                                Geoffrey M. Adalian