1  Geoffrey M. Adalian
   Attorney at Law
2  State Bar # 216398
   5501 W. Hillsdale Dr., Ste C
3  Visalia, California  93291
4  (559) 733-8990

5  Attorney for Debtor

6

7                    UNITED STATES BANKRUPTCY COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9
   In re:
10                               Case No:13-15371

11 Christania Virginia Haughton

12         Debtor.
   _____
13
                  PROOF OF SERVICE OF APPLICATION FOR
14                     APPROVAL OF ATTORNEY'S FEES

15 I declare that:

16 I am employed in the County of Tulare, California.

17 I am over the age of eighteen years and not a party to the within
18
   cause;  my business address is 5501 W. Hillsdale Dr., Ste C,
19
20 Visalia, California  93291.

21 On the date stated below, I served the within

22 **APPLICATION FOR APPROVAL OF ATTORNEY'S FEES**

23 by placing a true copy thereof enclosed in a sealed envelope with
24
   postage fully prepaid, in the United States mail at Visalia,
25
   California addressed as follows:
26
27 Michael H. Meyer
   PO Box 28950
28 Fresno, CA 93729-8950

                              1

1  Office of the United States Trustee
   United States Courthouse
2  2500 Tulare Street, Suite 1401
   Fresno, CA 93721-1318
3

4  I declare under penalty of perjury that the foregoing is true and

5  correct, and that this declaration was executed

6  on August 8, 2013, at Visalia, California.

7

8                                    __/s/ Maria Sosa_____
                                        Maria Sosa
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1