Geoffrey M. Adalian
State Bar #216398
5501 W. Hillsdale Dr., Ste. C
Visalia, CA. 93291
(559) 733-8990

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

Christania  Haughton,

       Debtor
_____

Chapter 13

Bankruptcy No.1-15371

SPOUSAL WAIVER OF RIGHT TO CLAIM EXEMPTIONS PURSUANT TO C.C.P. SECTION 703.140(a)(2)

We, Christania Haughton and Kareem Haughton, hereby waive the right to claim in any other bankruptcy proceeding commenced during the period this case is pending, the exemptions provided by the applicable exemption provisions of California Code of Civil Procedure, Chapter 4, other than those under C.C.P. section 703.140(b).  We acknowledge that we are waiving rights we are not obligated to waive.

Dated: July 10, 2013

                                            /s/ Christania Haughton
                                            Christania Haughton

Dated: July 10, 2013

                                            /s/ Kareem Haughton
                                            Kareem Haughton